UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Marie Burns | : | CHAPTER 13 |
| | : | |
| | : | 1:16-bk-04754 |

## ORDER

AND NOW, upon consideration of Debtor's MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY, the same shall be GRANTED.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: July 5, 2017