# Notice Recipients

District/Off: 0314−1     User: JGoodling     Date Created: 7/5/2017
Case: 1:16−bk−04754−RNO     Form ID: pdf010     Total: 72

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| 4862789 | Ramsey Ford of Elkton, Inc. | |
| 4862807 | WebBank | |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | Vicki Ann Piontek | vicki.piontek@gmail.com |
| aty | William E. Craig | ecfmail@mortoncraig.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Marie Burns | 221 Sycamore Trail    Delta, PA 17314 |
| cr | Santander Consumer USA Inc., dba Chrysler Capital | P.O. Box 562088, Suite 900 North    Dallas, TX 75247 |
| cr | Ditech Financial LLC | PO BOX 0049    Palatine, IL 6005 |
| 4862750 | AES / Keystone / PHEAA | P.O. Box 61047    Harrisburg, PA 17106 |
| 4862751 | Alchemy Worldwide, LLC | 15250 Ventur Blvd, 3rd Floor    Sherman Oaks, CA 91403 |
| 4862752 | Allied Collection Services of CA | 8550 Balboa Blvd, Suite 232    Northridge, CA 91325 |
| 4862753 | American Credit Bureaau | P.O. Box 4545    Boynton Beach, FL 33437 |
| 4862754 | American Credit Bureau, Inc. | 2755 South Federal Highway    Boynton Beach, FL 33435 |
| 4862756 | American Radiology | 1000 Twin C Lane    Newrk, DE 19713 |
| 4862755 | American Radiology | 1000 Twin C Lane, #100    Newark, DE 19713 |
| 4862757 | BB&T | P.O. Box 1489    Lumberton, NC 28359 |
| 4906993 | Bank of New York as trustee | c/o Ditech Financial LLC    PO Box 6154    Rapid City, SD 57709−6154 |
| 4862758 | Berks Credit and Collections | 900 Corporate Drive    Reading, PA 19605 |
| 4862759 | Berks Credit and Collections | 900 Corporate Drive    Reading, PA 19605 |
| 4862760 | Berks Credit and Collections | 900 Corporate Drive    Reading, PA 19605 |
| 4862761 | Chrysler Capital | P.O. Box 961275    Fort Worth, TX 76161 |
| 4862762 | Credit Collection Service | P.O. Box 9134    Needham Heights, MA 02494 |
| 4862763 | Damascus Equine Associatess | 27601 Barnes Road    Damascus, MD 20872 |
| 4862764 | Delmarva Collection | P.O. Box 37    Salisbury, MD 21803 |
| 4862765 | DiTech Financial, LLC | P.O. Box 6172    Rapid City, SD 57709 |
| 4862766 | DiTech Financial, LLC | P.O. Box 6172    Rapid City, SD 57709 |
| 4898041 | Educational Credit Management Corporation | PO BOX 16408    ST. PAUL, MN 55116−0408 |
| 4862767 | First Premier Bank | 3820 North Louise Ave    Sioux Falls, SD 57107 |
| 4862768 | First Premier Bank | 601 S. Minesot Ave    Sioux Falls, SD 57104 |
| 4862769 | Green Tree Servicing, LLC | 345 Saint Peter Street    Saint Paul, MN 55102 |
| 4862772 | HSBC Bank | PO Box 9    Buffalo, NY 14240 |
| 4862770 | Henderson Podiatry | 324 Brewer Valley Pike    Willow Street, PA 17584 |
| 4862771 | Hicken, Cranley, Taylor | 2330 West Joppa Road, Sweet 100    Lutherville, MD 21093 |
| 4862773 | KML Law Group | Attention: Bankruptcy Department    701 SMarket Street    Philadelphia, PA 19106 |
| 4862774 | Martin Foot and Ankle | 2300 Pleasant Vallley Road    York, PA 17402 |
| 4862775 | Memorial Family Medicine | 200 Bailey Drive    Stewartstown, PA 17363 |
| 4862776 | Morton and Craig | 110 Marter Ave    Suit 301    Moorestown, NJ 08057 |
| 4862777 | NAPA of Maryland | c/o C−Tech Collections    5505 Nesconsset Highway    Mount Sinai, NY 11766 |
| 4862778 | National Penn Bank | 645 Hamilton Street    Suite 900    Allentown, PA 18101 |
| 4862779 | National Penn Bank | P.O. Box 547    Boyertown, PA 19512 |
| 4862780 | PA Higher Education | P.O.Box 8147    Harrisburg, PA 17105 |
| 4862781 | PA Higher Education/AES | P.P Box 61017    Harrisburg, PA 17106 |
| 4862782 | PECO | 2301 Market Street    Philadelphia, PA 19103 |
| 4872343 | PECO Energy Company | 2301 Market Street, S23−1    Attn: Merrick Friel    Philadelphia, PA 19103 |
| 4862783 | Penn State Hershey Medical Center | 500 Univrsity Driv    Hershey, PA 17033 |
| 4862784 | Pennsylvania Department of Revenue | Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128 |
| 4862785 | Progressive | 6300 Wilson Mills Road    Cleveland, OH 44143 |
| 4862786 | Quantum 3 Group, LLC | P.O. Box 788    Kirkland, WA 98083 |
| 4881265 | Quantum3 Group LLC as agent for | Sadino Funding LLC    PO Box 788    Kirkland, WA 98083−0788 |
| 4862788 | R&R Professional Recovery | 1500 reierstown road    Piesville, MD 21282, MD 21282 |
| 4862787 | R&R Professional Recovery | P.O. Box 21575    Pikesville, MD 21282 |
| 4862790 | Sadin Funding, LLC | P.O. Box 788    Kirkland, WA 98083 |
| 4862791 | Sadino Funding, LLC | P.O. Box 788    Kirkland, WA 98083 |

| | | | | |
|---|---|---|---|---|
| 4862792 | Santander Consumer USA, Inc. | d/b/a Chrysler Capital | P.O. Box 961275 | Fort Worth, TX 76161 |
| 4862793 | South Jersey Equine Associates | 2219 Sanford Drive | Vineland, NJ 08361 | |
| 4862796 | Toyota Motor Credit Corp | 240 Gibraltar Road | Suite 260 | Horsham, PA 19044 |
| 4862797 | Toyota Motor Credit Corp | 240 Gibraltar Road | Suite 260 | Horsham, PA 19044 |
| 4862794 | Toyota Motor Credit Corp | 5005 North River Blvd NE | Cedar Rapids, IA 52410 | |
| 4862795 | Toyota Motor Credit Corp | 5005 North River Blvd NE | Cedar Rapids, IA 52410 | |
| 4862798 | Toyota Motor Leasing | 5005 North River Blvd,NE | Cedar Rapids, IA 52411 | |
| 4862799 | Toyota Motor Leasing | 5005 North River Blvd,NE | Cedar Rapids, IA 52411 | |
| 4862800 | Union Hospital Physicians | 106 Bow Street | Elkton, MD 21921 | |
| 4862802 | Union Hospital Physicians | 106 Bow Street | Elkton, MD 21921 | |
| 4862801 | Union Hospital Physicians | 108 Bow Street | Elkton, MD 21921 | |
| 4862803 | Universal Collection Service | 5707 Calverton Street | Suite 2 A | Catonsville, MD 21228 |
| 4862804 | Upper Chesapeake Emergency Medical | 500 Upper Chesapeake Drive | Bel Air, MD 21014 | |
| 4862805 | Verizon | 500 Technology Drive, Suite 300 | Saint Charles, MO 63304 | |
| 4862806 | Waldman Law Group, P.C. | 711 Spring Street | Suit 100 | Reading, PA 19610 |
| 4862808 | Webbank / Fingerhut Freshstart | 6250Ridgewood Road | Saint Cloud, MN 56303 | |
| 4862809 | Wellspan Nephrology | 380 Sint Charles Way | York, PA 17402 | |

TOTAL: 65