```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-04754-RNO
Marie Burns                                                             Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling              Page 1 of 3            Date Rcvd: Jul 05, 2017
                              Form ID: pdf010              Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db             +Marie Burns,    221 Sycamore Trail,    Delta, PA 17314-8745
cr             +Santander Consumer USA Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                 Dallas, TX 75356-2088
4862750        +AES / Keystone / PHEAA,    P.O. Box 61047,    Harrisburg, PA 17106-1047
4862751       ++ALCHEMY WORLDWIDE LLC,    PO BOX 16699,    ENCINO CA 91416-6699
               (address filed with court: Alchemy Worldwide, LLC,     15250 Ventur Blvd, 3rd Floor,
                 Sherman Oaks, CA 91403)
4862755        +American Radiology,    1000 Twin C Lane, #100,    Newark, DE 19713-2140
4862756        +American Radiology,    1000 Twin C Lane,    Newrk, DE 19713-2140
4862761        +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
4862763        +Damascus Equine Associatess,    27601 Barnes Road,    Damascus, MD 20872-1528
4862764        +Delmarva Collection,    P.O. Box 37,    Salisbury, MD 21803-0037
4898041         Educational Credit Management Corporation,     PO BOX 16408,    ST. PAUL, MN 55116-0408
4862768        +First Premier Bank,    601 S. Minesot Ave,    Sioux Falls, SD 57104-4868
4862767        +First Premier Bank,    3820 North Louise Ave,    Sioux Falls, SD 57107-0145
4862772        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
4862770        +Henderson Podiatry,    324 Brewer Valley Pike,    Willow Street, PA 17584-9222
4862771        +Hicken, Cranley, Taylor,    2330 West Joppa Road, Sweet 100,     Lutherville, MD 21093-4609
4862773        +KML Law Group,    Attention: Bankruptcy Department,    701 SMarket Street,
                 Philadelphia, PA 19106-1538
4862774        +Martin Foot and Ankle,    2300 Pleasant Vallley Road,     York, PA 17402-9627
4862775        +Memorial Family Medicine,    200 Bailey Drive,    Stewartstown, PA 17363-8297
4862776        +Morton and Craig,    110 Marter Ave,    Suit 301,   Moorestown, NJ 08057-3125
4862777        +NAPA of Maryland,    c/o C-Tech Collections,    5505 Nesconsset Highway,
                 Mount Sinai, NY 11766-2037
4862778        +National Penn Bank,    645 Hamilton Street,    Suite 900,    Allentown, PA 18101-2198
4862779        #+National Penn Bank,    P.O. Box 547,    Boyertown, PA 19512-0547
4862780        +PA Higher Education,    P.O.Box 8147,    Harrisburg, PA 17105-8147
4862781         PA Higher Education/AES,    P.P Box 61017,    Harrisburg, PA 17106
4862783        +Penn State Hershey Medical Center,    500 Univrsity Driv,     Hershey, PA 17033-2390
4862785        +Progressive,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
4862787        +R&R Professional Recovery,    P.O. Box 21575,    Pikesville, MD 21282-1575
4862788         R&R Professional Recovery,    1500 reierstown road,    Piesville, MD 21282, MD 21282
4862792        +Santander Consumer USA, Inc.,    d/b/a Chrysler Capital,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
4862793        +South Jersey Equine Associates,    2219 Sanford Drive,    Vineland, NJ 08361-6858
4862794       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,     5005 North River Blvd NE,
                 Cedar Rapids, IA 52410)
4862796        +Toyota Motor Credit Corp,    240 Gibraltar Road,    Suite 260,    Horsham, PA 19044-2387
4862800        +Union Hospital Physicians,    106 Bow Street,    Elkton, MD 21921-5596
4862801         Union Hospital Physicians,    108 Bow Street,    Elkton, MD 21921
4862803        +Universal Collection Service,    5707 Calverton Street,    Suite 2 A,
                 Catonsville, MD 21228-1772
4862804        +Upper Chesapeake Emergency Medical,     500 Upper Chesapeake Drive,    Bel Air, MD 21014-4324
4862805        +Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
4862806       ++WALDMAN LAW GROUP PC,    501 N PARK ROAD,    WYOMISSING PA 19610-2919
               (address filed with court: Waldman Law Group, P.C.,     711 Spring Street,   Suit 100,
                 Reading, PA 19610)
4862809        +Wellspan Nephrology,    380 Sint Charles Way,    York, PA 17402-4647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2017 19:09:30      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60078
4862753        +E-mail/Text: bankruptcy@acbhq.com Jul 05 2017 19:09:28      American Credit Bureaau,
                 P.O. Box 4545,    Boynton Beach, FL 33424-4545
4862754        +E-mail/Text: bankruptcy@acbhq.com Jul 05 2017 19:09:28      American Credit Bureau, Inc.,
                 2755 South Federal Highway,    Boynton Beach, FL 33435-7742
4862757         E-mail/Text: bankruptcy@bbandt.com Jul 05 2017 19:09:29      BB&T,    P.O. Box 1489,
                 Lumberton, NC 28359
4906993         E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2017 19:09:30      Bank of New York as trustee,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
4862758        +E-mail/Text: banko@berkscredit.com Jul 05 2017 19:09:30      Berks Credit and Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
4862762         E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 05 2017 19:09:45
                 Credit Collection Service,    P.O. Box 9134,    Needham Heights, MA 02494-9134
4862765        +E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2017 19:09:30      DiTech Financial, LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
4862769        +E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2017 19:09:30      Green Tree Servicing, LLC,
                 345 Saint Peter Street,    Saint Paul, MN 55102-1213
4862782        +E-mail/Text: bankruptcygroup@peco-energy.com Jul 05 2017 19:09:30       PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
4872343        +E-mail/Text: bankruptcygroup@peco-energy.com Jul 05 2017 19:09:30       PECO Energy Company,
                 2301 Market Street, S23-1,    Attn: Merrick Friel,    Philadelphia, PA 19103-1380
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4862784        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 05 2017 19:09:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
4862786        +E-mail/Text: bnc-quantum@quantum3group.com Jul 05 2017 19:09:32      Quantum 3 Group, LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
4881265         E-mail/Text: bnc-quantum@quantum3group.com Jul 05 2017 19:09:32
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
4862790        +E-mail/Text: bnc-quantum@quantum3group.com Jul 05 2017 19:09:32      Sadin Funding, LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
4862791        +E-mail/Text: bnc-quantum@quantum3group.com Jul 05 2017 19:09:32      Sadino Funding, LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
4862808        +E-mail/Text: bnc-bluestem@quantum3group.com Jul 05 2017 19:09:43
                 Webbank / Fingerhut Freshstart,    6250Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4862789         Ramsey Ford of Elkton, Inc.
4862807         WebBank
4862759*       +Berks Credit and Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4862760*       +Berks Credit and Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4862766*       +DiTech Financial, LLC,    P.O. Box 6172,    Rapid City, SD 57709-6172
4862795*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp,    5005 North River Blvd NE,
                 Cedar Rapids, IA 52410)
4862798*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Leasing,    5005 North River Blvd,NE,
                 Cedar Rapids, IA 52411)
4862799*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Leasing,    5005 North River Blvd,NE,
                 Cedar Rapids, IA 52411)
4862797*       +Toyota Motor Credit Corp,    240 Gibraltar Road,    Suite 260,    Horsham, PA 19044-2387
4862802*       +Union Hospital Physicians,    106 Bow Street,    Elkton, MD 21921-5596
4862752       ##+Allied Collection Services of CA,    8550 Balboa Blvd, Suite 232,    Northridge, CA 91325-5806
                                                                                   TOTALS: 2, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Bank of New York Mellon as trustee for the
               Certificateholders CWABS Inc. Asset-Backed Certificates Series 2005-13 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor Marie  Burns vicki.piontek@gmail.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE Marie Burns : CHAPTER 13
:
: 1:16-bk-04754

**ORDER**

AND NOW, upon consideration of Debtor's MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY, the same shall be GRANTED.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

Dated: July 5, 2017